THOMAS HAWLEY, Appellant, v. CITY OF NEW YORK, Respondent.— In an action in rem to foreclose a tax lien on real property formerly owned by appellant, the appeal is from an order denying a motion to compel the city collector to accept payment of all arrears in taxes and interest or, in the alternative, to permit appellant to open his default in filing an answer. Order affirmed, with $10 costs and disbursements. Knowledge by the tax department of the name and address of an owner of property is not equivalent to knowledge by the city treasurer of that information. The statute requires mailing of notice of foreclosure to the owner's last-known address as the same appears upon the records in the office of the city treasurer. (Administrative Code of City of New York, § D17–6.0.) It is not disputed that neither the name nor the address of appellant appeared on the city treasurer's records. Under the circumstances, the fact that the city treasurer did not mail notice of foreclosure to appellant is of no avail. The court is without power to open the default of appellant to answer or redeem. (*City of New York* v. *Lynch*, 281 App. Div. 1038, affd. 306 N. Y. 809.) Adel, Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur. [See *post*, p. 1079.]

■

In the Matter of the Probate of the Will of Ivo F. HOECHLE, JR., Deceased. KENNETH W. HASLAM et al., as Executors of Ivo F. HOECHLE, JR., Deceased, Respondents; VETERANS OF FOREIGN WARS NATIONAL HOME, Appellant.— In this probate proceeding, it appears that in a prior will the decedent had made a bequest " to the Veterans of Foreign Wars of the United States, to be used for the maintenance of the National Home for Orphans, located at Cedar Rapids, Michigan." The Veterans of Foreign Wars of the United States, created by act of Congress, is the " parent organization " of the Veterans of Foreign Wars National Home, a Michigan corporation, which maintains the aforesaid home. Of the two, only the former was cited in this proceeding. The latter appeals from an order of the Surrogate's Court, Queens County, striking out its notice of appearance and answer and dismissing its objections to probate. Order affirmed, without costs. No opinion. Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ., concur. [See *post*, p. 944.]